v.

**REDI BAG USA, LLC, Defendant–
Appellant.**

**No. 2013–1064.**

United States Court of Appeals,
Federal Circuit.

July 15, 2013.

**Anthony BARBER, Petitioner,**

v.

**DEPARTMENT of The
Army, Respondent.**

**No. 2012–3134.**

United States Court of Appeals,
Federal Circuit.

July 16, 2013.

LOURIE, SCHALL, and PROST,
Circuit Judges.

John L–R Poindexter, Attorney at Law, of Washington, DC, argued for petitioner.

Eric P. Bruskin, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Scott D. Austin, Assistant Director.

MOORE, LINN, and O'MALLEY,
Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.